IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JORGE ALBERTO RODRIGUEZ,<br><br>                    Petitioner,<br><br>       vs.<br><br>ROB JEFFREYS, Director of Nebraska Department of Correctional Services; KRISTI NOEM, Secretary, United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; DAREN MARGOLIN, Director, Executive Office for Immigration Review; TODD LYONS, Acting Director, Immigrations and Customs Enforcement; PETER BERG, Director, St. Paul ICE Field Office; DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, IMMIGRATION AND CUSTOMS ENFORCEMENT, and OMAHA IMMIGRATION COURT,<br><br>                    Respondents. | 8:25CV714<br><br>ORDER REAFFIRMING SCHEDULE FOR DISPOSITION OF PETITION FOR WRIT OF HABEAS CORPUS |

Yesterday, in this action for habeas corpus relief pursuant to 28 U.S.C. § 2241 by Petitioner Jorge Alberto Rodriguez, the United States filed a Limited Motion for Extension of Time to Respond to Petition for Habeas Corpus and to Continue Hearing. Filing 14. The United States sought an extension of time to respond to the petition until three business days after Respondents are properly served with the Petition. Filing 14 at 1. The United States likewise sought a corresponding continuance of the hearing currently set for Friday, December 19, 2025. Filing 14 at 1.

However, this case is now before the Court on the Motion to Withdraw Limited Motion for Extension of Time to Respond to Petition for Habeas Corpus and to Continue Hearing by the

1

United States. Filing 15. This Motion to Withdraw states that the United States Attorney's Office for the District of Nebraska has now been served and that owing to the Federal Respondents' counsel's limited availability next week the United States will comply with the briefing deadlines set and appear for the hearing as scheduled in the Court's Order to Show Cause, Filing 12. *See* Filing 15 at 1. Accordingly,

    IT IS ORDERED that

    1.    the Motion to Withdraw Limited Motion for Extension of Time to Respond to Petition for Habeas Corpus and to Continue Hearing by the United States, Filing 15, is granted, and the Limited Motion for Extension of Time to Respond to Petition for Habeas Corpus and to Continue Hearing by the United States, Filing 14, is deemed withdrawn.

    2.    The Court reaffirms the briefing deadlines and the hearing date set out in the Order to Show Cause, Filing 12, so that

    a.    Respondents shall make a return certifying the true cause of Alberto Rodriguez's detention and why his Petition should not be granted not later than Wednesday, December 17, 2025;

    b.    Petitioner Alberto Rodriguez shall file a reply—if any—not later than Thursday, December 18, 2025; and

    c.    The hearing on this matter remains scheduled for 11:00 a.m., on Friday, December 19, 2025, in Courtroom Five of the Roman L. Hruska Federal Courthouse in Omaha, Nebraska.

    Dated this 17th day of December, 2025.

    BY THE COURT:

    _____
    Brian C. Buescher
    United States District Judge